**Dismissed and Opinion Filed September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00018-CV

**GRACE L. LANE, Appellant**
**V.**
**JIMMY D. LANE, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56203-2013**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice FitzGerald

Grace L. Lane's brief was due March 25, 2014. She filed an extension motion which the Court granted, giving her until May 9, 2014 to file her brief. By postcard dated July 1, 2014, we notified appellant that the time for filing her brief had expired. We directed her to file her brief along with an extension motion within ten days. We cautioned that the failure to file her brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of her brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

140018F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GRACE L. LANE, Appellant

No. 05-14-00018-CV        V.

JIMMY D. LANE, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-56203-2013.
Opinion delivered by Justice FitzGerald,
Justices Fillmore and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JIMMY D. LANE recover his costs of this appeal, if any, from appellant GRACE L. LANE.

Judgment entered September 26, 2014